Case 1:20-cv-04713-AJN   Document 17   Filed 07/29/20   Page

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Independent Service Provider, LLC,

        Plaintiff,

–v–

National Union Fire Insurance Co. of Pittsburg, PA, *et al.*,

        Defendant.

20-cv-4713 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the fact that this action has been stayed, the initial pretrial conference currently scheduled for September 11, 2020 is hereby adjourned *sine die*.

    SO ORDERED.

Dated: July 29, 2020
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge