Independent Service Provider, LLC,

Plaintiff,

–v–

National Union Fire Insurance Co. of Pittsburg PA, *et al.*,

Defendant.

20-cv-4713 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On July 21, 2020, the Court granted Defendants' consented-to request to stay this action pending agreed-upon mediation and, if need be, agreed upon arbitration. Dkt. No. 16. The parties are ORDERED to jointly submit a status update by June 29, 2021 in which they shall indicate whether they anticipate any further proceedings before this Court.

SO ORDERED.

Dated: June 22, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1