```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| INDEPENDENT SERVICE PROVIDER, LLC,<br><br>    Plaintiff,<br><br>    -v-<br><br>NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH,<br><br>    Defendant. | 20-cv-04713 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    This case was previously stayed pending arbitration. See Dkt. 16, 17. A final arbitration award was issued in October 2022, and a separate case (22-cv-09295) was commenced to confirm the arbitration award, in which a default judgment was issued in favor of the petitioner. As all the claims in this case have thus hitherto been finally resolved, the Court hereby dismisses this case with prejudice. The Clerk is directed to close the case.

    SO ORDERED.

New York, NY
June 29, 2023

                                              JED S. RAKOFF, U.S.D.J.